THE STATE EX REL. WILSON, APPELLANT, *v.* McGEE, JUDGE, APPELLEE.

[Cite as *State ex rel. Wilson v. McGee,* 123
Ohio St.3d 341, 2009-Ohio-5261.]

(No. 2009–1038—Submitted September 30, 2009—Decided October 8, 2009.)

**Per Curiam.**

{¶ 1} We affirm the judgment of the court of appeals dismissing the petition of appellant, Lawrence E. Wilson, for a writ of mandamus to correct his sentence. The common pleas court was authorized under Crim.R. 36 to correct its clerical error in mistakenly characterizing the degree of the offense of which Wilson was convicted. See *State ex rel. Cruzado v. Zaleski,* 111 Ohio St.3d 353, 2006-Ohio-5795, 856 N.E.2d 263, ¶ 19. Moreover, Wilson had an adequate remedy by appeal to raise his claim of noncompliance with Crim.R. 32. Id. at ¶ 32. Finally, Wilson waived this claim on appeal by failing to raise it in his petition in the court of

appeals and by not seeking to amend his petition. See *State ex rel. R.W. Sidley, Inc. v. Crawford,* 100 Ohio St.3d 113, 2003-Ohio-5101, 796 N.E.2d 929, ¶ 32.

Judgment affirmed.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

———

Lawrence E. Wilson, pro se.

Mathias H. Heck Jr., Montgomery County Prosecuting Attorney, and John A. Cumming, Assistant Prosecuting Attorney, for appellee.